**Order filed, December 14, 2018.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-01052-CV

_____

### JIANGSU JINSHI MACHINERY GROUP CO., LTD. D/B/A JMP TECHNOLOGIES, AND HELIOUS OIL & GAS EQUIPMENT LLC, Appellant

### V.

### KANA ENERGY SERVICES, INC., Appellee

**On Appeal from the 190th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2017-55123**

## ORDER

The reporter's record in this case was due **December 13, 2018**. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **My-Thuy Cieslar**, the official court reporter, to file the record in this appeal **within 10 days** of the date of this order.

PER CURIAM